**FILED**
November 09, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: JP
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **JOSE JUAN RODRIGUEZ-GUARDAS,** *Movant,* v. **UNITED STATES OF AMERICA,** *Respondent.* | §§§§§§§§§ | Case No.: **DR:25-CV-00091-EG-MHW** **DR:24-CR-02923-EG-1** |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation (the "Recommendation"), ECF 49, of the Honorable U.S. Magistrate Judge Matthew H. Watters, entered on July 29, 2026. Judge Watters recommends that the Court deny Movant Jose Juan Rodriguez-Guardas' 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (the "Motion"), ECF 30 in the above captioned criminal case. Upon review of the Recommendation, record, and applicable law, the Court **ADOPTS** the Recommendation and **DENIES** the Motion.

Rodriguez-Guardas filed his Motion on December 4, 2025, asserting he unequivocally instructed his counsel, Mr. David N. Thomas, to appeal his sentence and that Mr. Thomas failed to do so. (ECF 30–1, at 1). The Court referred the matter to Judge Watters for recommendation.

None of the Parties have filed an objection to the Recommendation "within fourteen days after being served with a copy . . . ." 28 U.S.C. § 636(b)(1). Accordingly, the Court reviews the Recommendation to determine whether it is "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Section 2255 requires an evidentiary hearing if a petitioner's factual assertions, taken as true, would entitle them to relief. *United States v. Harrison*, 910 F.3d 824, 827–28 (5th Cir. 2018). However, it is the Movant's burden to prove his contentions by a preponderance of the evidence.

*Wright v. U.S.*, 624 F.2d 557, 558 (5th Cir. 1980). Here, even though there is no dispute that Rodriguez-Guardas initially asked Mr. Thomas to file an appeal, Mr. Thomas responded with clear and uncontroverted evidence that Rodriguez-Guardas retracted his request. Therefore, the Court concludes the findings and conclusions within the Recommendation are neither clearly erroneous nor contrary to law.

**IT IS THEREFORE ORDERED** that the Honorable U.S. Magistrate Judge Matthew H. Watters' Report and Recommendation, ECF 49, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Movant Jose Juan Rodriguez-Guardas' 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF 30, is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that a clerk's judgment shall immediately issue.

**SIGNED**, this 9th day of November 2026.

Ernest Gonzalez

ERNEST GONZALEZ
UNITED STATES DISTRICT JUDGE